UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,           )
            Plaintiff,              )
                                    )
                                    ) Civil Action No. 04-11555-
        v.                          )                      NMG
                                    )
$7,000.00 IN U.S. CURRENCY, and,    )
$8,000.00 in U.S. CURRENCY,         )
            Defendants.             )

## WARRANT AND MONITION

To:  The United States Marshal for the District of
     Massachusetts, or his Deputies

We Command You that you give notice to all persons concerned

that a Verified Complaint for Forfeiture In Rem (the

"Complaint"), a copy of which is attached hereto, has been filed

by the United States of America against the following in Rem

defendants, identified as:

    a)   $7,000 in United States currency, seized from Gary
         Sanders on November 8, 2003; and

    b)   $8,000 in United States currency, seized from Chad
         Miller on November 8, 2003,

(collectively, "the Defendant Currency"), more particularly

described in the Complaint for the forfeiture of the Defendant

Currency to the United States of America pursuant to Title 21,

United States Code, Section 881(a)(6).

    This Court has found probable cause for forfeiture.

Accordingly, you are hereby directed to serve, and give notice

of, the Complaint by:

    (1)  Publishing notice of the United States' intent to

forfeit the Defendant Currency at least once for three (3) successive weeks in the <u>Boston Herald</u> or any other newspaper having a general circulation in this District;

(2)    Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

Gary Sanders
44 Pine Street
Nantucket, MA 02554

Chad Miller
47 W. Cottage Street
Dorchester, MA 02125

John J. Bonistalli, Esq.
Law Offices of John J. Bonistalli
One Financial Center
Boston, MA 02111

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the listed parties by hand.

<u>You Are Further Commanded</u> to arrest, attach, inspect and retain the Defendant Currency in your custody until further order of this Court.

<u>You Are Further Commanded</u> to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Defendant Currency, or assert that the Defendant Currency should not be condemned or disposed of pursuant to the prayer of the Verified Complaint for Forfeiture <u>in Rem</u>.  Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT CURRENCY MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON,

MASSACHUSETTS 02210, WITHIN THIRTY (30) DAYS AFTER PROCESS HAS

BEEN EXECUTED OR WITHIN SUCH ADDITIONAL TIME AS MAY BE ALLOWED BY

THIS COURT.  ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET

FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON,

MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER THE FILING OF

THE CLAIM.  CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL

RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR CERTAIN

ADMIRALTY AND MARITIME CLAIMS.  THE PROCEDURES FOR FILING A

PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 C.F.R.

PART 9.  IN ADDITION TO THE PROCEDURES MANDATED BY THOSE

REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION

SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE UNITED

STATES DRUG ENFORCEMENT ADMINISTRATION, JFK FEDERAL BUILDING,

ROOM E-400, 15 NEW SUDBURY STREET, BOSTON, MASSACHUSETTS 02203,

ATTENTION ASSET FORFEITURE GROUP.

Tony Anastas, Clerk
U.S. District Court

By: _____
Deputy Clerk
Date: _____July 19_____, 2004

APPROVED AND SO ORDERED:

_____
United States District Judge
Date: ____7/21_____, 2004

3