UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>v.<br><br>$7,000 IN U.S. CURRENCY, and<br>$8,000 IN U.S. CURRENCY,<br>   Defendants. | )<br>)<br>)<br>) C.A. No. 04 11555 NMG<br>)<br>)<br>)<br>)<br>) |

## VERIFIED STATEMENT AND CLAIM OF GARY SANDERS

NOW COMES Gary Sanders, by his attorneys, pursuant to Rule C(6) of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims, and submits the following Verified Statement of Interest in the $7,000 in U.S. Currency which is identified in the government's complaint and which was seized from Mr. Sanders on November 8, 2003. Mr. Sanders hereby asserts his right and interest in the seized currency, and states his claim to the currency as follows:

1. On November 8, 2003, Mr. Sanders was traveling on an Amtrak train in Boston when he was stopped, interrogated, and searched by police.

2. At the time, Mr. Sanders was carrying the $7,000 in U.S. currency which was then seized from him by police.

3. The money lawfully belongs to Mr. Sanders.

4. When he received notice of the seizure from the Drug Enforcement Administration, Mr. Sanders contested the seizure by submission of his affidavit and claim. A true copy of the claim letter and affidavit are appended hereto as Exhibit A.

2

## VERIFICATION

I, Gary Sanders, do hereby state that I have read the foregoing Verified Statement of Interest, as well as the Affidavit appended thereto, and that the contents of both the Verified Statement and the Affidavit are true to the best of my knowledge, information and belief.

*[signature]*
Gary Sanders

Dated: __22__ September 2004

2