UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>$7,000 IN U.S. CURRENCY, and<br>$8,000 IN U.S. CURRENCY,<br>　　　　Defendants. | )<br>)<br>)<br>)　C.A. No. 04 11555 NMG<br>)<br>)<br>)<br>) |

## VERIFIED STATEMENT AND CLAIM OF CHAD MILLER

NOW COMES Chad Miller, by his attorneys, pursuant to Rule C(6) of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims, and submits the following Verified Statement of Interest in the $8,000 in U.S. Currency which is identified in the government's complaint and which was seized from Mr. Miller on November 8, 2003. Mr. Miller hereby asserts his right and interest in the seized currency, and states his claim to the currency as follows:

1. On November 8, 2003, Mr. Miller was traveling on an Amtrak train in Boston when he was stopped, interrogated, and searched by police.

2. At the time, Mr. Miller was carrying the $8,000 in U.S. currency which was then seized from him by police.

3. The money lawfully belongs to Mr. Miller.

4. When he received notice of the seizure from the Drug Enforcement Administration, Mr. Miller contested the seizure by submission of his affidavit and claim. A true copy of the claim letter and affidavit are appended hereto as Exhibit A.

## VERIFICATION

I, Chad Miller, do hereby state that I have read the foregoing Verified Statement of Interest, as well as the Affidavit appended thereto, and that the contents of both the Verified Statement and the Affidavit are true to the best of my knowledge, information and belief.

*[signature]*
Chad Miller

Dated: 31 August 2004

Subscribed and sworn to before me this 31 day of August, 2004.

*[signature]*
Notary Public
My commission expires:
Date: 11- 6- 09

2

## CERTIFICATE OF SERVICE

I, John J. Bonistalli, hereby certify that a copy of the foregoing was mailed, first class postage prepaid this 17th day of September 2004 to the following:

United States Attorney's Office
Asset Forfeiture Unit
1 Courthouse Way
Suite 9200
Boston, MA 02210

*John J. Bonistalli*
John J. Bonistalli, BBO# 049120