COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| SUFFOLK, SS. | BOSTON MUNICIPAL COURT<br>DOCKET NO. 04-0392 |

COMMONWEALTH, )
)
v. )
)
CHAD MILLER. )

### AFFIDAVIT OF CHAD MILLER

I, Chad Miller, do hereby state the following under oath:

1. I am the defendant in the above-captioned matter.

2. On November 8, 2003, as I was leaving South Station in Boston, I was stopped by officers claiming to be from the Drug Enforcement Agency. They directed me to accompany them for questioning.

3. There were five or six plain clothes people and two or three uniformed officers. In view of the number of people that approached me and the questions that were presented to me, I did not feel as though I was free to leave at anytime until after I was questioned and searched and informed that I could leave.

4. I was stopped and questioned for approximately one hour and at no time was I informed of my right to remain silent and my right to have counsel present. I also was not informed that anything I said could be used against me.

5. I did not feel that I had any choice but to accompany the officers and to answer their questions.

6. The interrogation and the searches took place within the South Station building.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 12TH DAY OF NOVEMBER, 2004:

_____
Chad Miller