UNITED STATES DISTRICT COURT

```
UNITED STATES OF AMERICA,            )
              Plaintiff,             )
                                     )
          v.                         )Civil Action No.04-11555-NMG
                                     )
$7,000 in U.S. Currency, and         )
$8,000 in U.S. Currency,             )
              Defendants.            )
------------------------------------------------------------ )
Chad Miller                          )
Gary Sanders                         )
              Claimants.             )
```

**<u>FINAL JUDGMENT AND ORDER OF FORFEITURE</u>**

GORTON, D.J.,

The above-captioned case having come before this Court, and the Court being fully advised of the settlement agreement between the United States and the claimants, Chad Miller and Gary Sanders,

It is hereby ORDERED, ADJUDGED and DECREED:

1.   In accordance with the provisions of the settlement agreement, $7,500 in U.S. Currency is hereby forfeited to the United States;

2.   The United States Marshals shall retain custody of the forfeited $7,500 in U.S. Currency and shall dispose of it in accordance with law;

3.   The forfeiture action against the in rem defendants, $7,000 and $8,000 in U.S. Currency shall be dismissed with prejudice;

4.   The parties have agreed that the settlement of this

matter upon the terms and conditions set forth herein and in the settlement agreement shall be in full, final, and complete satisfaction of any and all civil claims relating to the claimant arising out of the seizure and forfeiture of the Defendant Currency, and all rights of appeal in this civil forfeiture case have been waived.  Each party shall bear its own costs.

5.    This Court shall retain jurisdiction in this case to enforce the provisions of this order and the stipulation of settlement entered into between the United States and the claimants.

APPROVED AND SO ORDERED:


_____
NATHANIEL M. GORTON
United States District Judge


Date:_____, 2005